UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                          Chapter 11

Nuovo Ciao-Di LLC                                                   Case No. 23-10068 (JPM)

                          Debtor.
-------------------------------------------------------------x

## APPEARANCE OF FRIEDBERG PC
## AND REQUEST FOR SERVICE OF PAPERS

      Please take notice that Jeremy S. Friedberg of Friedberg PC hereby appears in the above-captioned case as counsel for DCC VIGILANT LLC, and requests that any and all notices given or required to be given in this case and any and all papers served in this case be given to and served upon the undersigned at the office and address set forth below:

                        Jeremy S. Friedberg
                        Friedberg PC
                        10045 Red Run Boulevard, Suite 160
                        Baltimore, MD 21117
                        Telephone:  (410) 581-7400
                        Facsimile:  (410) 581-7410
                        Email: jeremy@friedberg.legal;
                              ecf@friedberg.legal

      Please take notice that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

Please take notice that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

FRIEDBERG PC

By: /s/ Jeremy S. Friedberg
    Jeremy S. Friedberg
    10045 Red Run Boulevard, Suite 160
    Baltimore, MD 21117
    Telephone: (410) 581-7400
    Facsimile: (410) 581-7410
    Email: jeremy@friedberg.legal

Counsel for DCC VIGILANT, LLC

### CERTIFICATE OF SERVICE

I CERTIFY THAT a true and correct copy of the foregoing Notice of Appearance was filed via the court's electronic filing system, which will send electronic notice to all interested parties this 6th day of February, 2023.

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg