UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                             Chapter 11

Nuovo Ciao-Di LLC                                Case No. 23-10068 (JPM)

                                       Debtor.
---------------------------------------------------------------x

**NOTICE OF (I) CONFIRMATION OF PLAN OF LIQUIDATION OF DEBTOR, (II) THE OCCURRENCE OF THE EFFECTIVE DATE AND (III) THE DEADLINES FOR FILING ADMINISTRATIVE CLAIMS, FINAL FEE APPLICATIONS AND REJECTION DAMAGES CLAIMS**

        **PLEASE TAKE NOTICE** that on November 15, 2023, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), entered an *Order Confirming Plan* (the "Confirmation Order") in relation to the Plan of Liquidation (ECF No. 80), in the Chapter 11 case of the above-captioned debtor (the "Debtor"). Pursuant to the Confirmation Order, this Court confirmed the Plan of Liquidation (the "Plan"),[1] which confirmed Plan was attached to the Confirmation Order.

        **PLEASE TAKE FURTHER NOTICE** that the Effective Date under the Plan occurred on November 30, 2023.

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and the Confirmation Order, and except as otherwise provided in Article IX of the Plan, requests for payment of an Administrative Claim that arose on and after the Petition Date up to and through the Effective Date must be filed with the Bankruptcy Court by **no later than 60 days following the Effective Date**.

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and the Confirmation Order, Administrative Claims and Final Fee Applications must be filed in writing with the Bankruptcy Court by **no later than 45 days following the Effective Date**.

        **PLEASE TAKE FURTHER NOTICE** that the Confirmation Order constitutes an order under Bankruptcy Code § 365 rejecting all pre-petition executory contracts (including (without limitation) any and all indemnification obligations that the Debtor has pursuant to a contract, instrument, agreement, certificate of incorporation, by-law, comparable organizational document or any other document, or applicable law, including any Indemnification Obligations)

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Plan.

and unexpired leases (collectively, the "Rejected Contracts and Leases") to which the Debtor is a party, to the extent such contracts or leases are executory contracts or unexpired leases have not been assumed within sixty (60) days following the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and the Confirmation Order, all Claims arising from the rejection of the Rejected Contracts and Leases pursuant to the Plan and the Confirmation Order must be filed with the Court by **no later than 90 days following service of notice of the Effective Date**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Confirmation Order, any exhibits thereto, and a copy of the Proof of Claim form, the entire docket of the Debtor's case, and other relevant case information are publicly available by accessing the Court's electronic filing system.

Dated: November 30, 2023

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg, Esq.
Friedberg PC
10045 Red Run Blvd., Suite 160
Baltimore, MD 21117
(410) 581-7400
jeremy@friedberg.legal

*Attorney for DCC Vigilant, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2023, I reviewed the court's CM/ECF system and it reports that an electronic copy of the *Notice of (I) Confirmation of Plan of Liquidation of Debtor, (II) The Occurrence of the Effective Date and (III) The Deadlines for Filing Administrative Claims, Final Fee Applications and Rejection Damages Claims*, will be served electronically by the Court's CM/ECF system on the following:

| | |
|---|---|
| H. Bruce Bronson, Jr. | ecf@bronsonlaw.net |
| Jonathan S. Bodner | jbodner@bodnerlawpllc.com |
| Daniel Rudewicz | daniel.rudewicz@usdoj.gov |
| Office of the United States Trustee - NY | |

I hereby further certify that on the 30th day of November, 2023, a copy of the *Notice of (I) Confirmation of Plan of Liquidation of Debtor, (II) The Occurrence of the Effective Date and (III) The Deadlines for Filing Administrative Claims, Final Fee Applications and Rejection Damages Claims*, was also mailed first class mail, postage prepaid to:

Nuovo Ciao-Di LLC  
80 Washington Pl  
New York, NY 10011-9116  

H. Bruce Bronson, Jr.  
Bronson Law Offices, P.C.  
480 Mamaroneck Avenue  
Harrison, NY 10528-0023  

And the creditors on the attached mailing list.

                                              /s/ Jeremy S. Friedberg  
                                              Jeremy S. Friedberg  
                                              *Counsel for DCC Vigilant, LLC*

**Jonathan Bodner**
**55 Cherry Lane, # 101**
**Carle Place, New York 11514**

88 Washington Place Condominium,
an Unincorporated Association
c/o Bodner Law PLLC
55 Cherry Lane, Suite 101 Carle
Place, NY 11514-1770

Con Edison
Cooper Station
PO Box 138
New York, NY 10276-0138

Hankin & Mazel, PLLC
7 Penn Plz Ste 1602
New York, NY 10001-3977

Manhattan Kids Club, Inc.
21 E 13th St
New York, NY 10003-4405

NYC Department of Finance
PO Box 680
Newark, NJ 07101-0680

New York City Dept of Finance
Office of Legal Affairs
Collections Unit-RPT Taxes
375 Pearl Street, 30th fl New
York, NY 10038-1442

Wiggin and Dana LLP
437 Madison Ave Fl 35 New
York, NY 10022-7001

United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House One
Bowling Green, Room 534
New York, NY 10004-1459

Board of Managers of 88 Washington Place
88 Washington Pl
New York, NY 10011-9142

DCC Vigilant, LLC
c/o Dry Creek Capital Parnters, LP
383 Inverness Pkwy Ste 390
Englewood, CO 80112-5864

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Michael Rainero
1169 Cook St
Denver, CO 80206-3403

NYC Department of Finance-ECB
PO Box 2307
New York, NY 10272-2307

Rodriguez-McCloskey, PLLC
32 Court St Ste 2101
Brooklyn, NY 11201-4440

Manhattan Division
One Bowling Green
New York, NY 10004-1415

Con Edision
4 Irving Pl
New York, NY 10003-3598

George E. Shop III
Development Speciaists, Inc.
110 E 42nd St Rm 1818
New York, NY 10017-5645

Manhattan Kids Club III, Inc.
21 E 13th St
New York, NY 10003-4405

NYC Department of Finance
1 Centre St Ste 550
New York, NY 10007-1602

NYC Dept. of Buildings
280 Broadway Frnt 3
New York, NY 10007-1868

The Law Office of Clara Feldman
10 E 40th St
New York, NY 10016-0200