KIRBY AISNER & CURLEY LLP
*Attorneys for George E. Shoup III, Liquidating Trustee*
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500
Erica R. Aisner, Esq.
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

NUOVO CIAO-DI LLC,

                 Debtor.
---------------------------------------------------------------X

Chapter 11
Case No. 23-10068-jpm
Post-Confirmation

## CLOSING REPORT OF SALE

George E. Shoup III, liquidating trustee (the "Trustee"), in the above captioned chapter 11 case, by his attorneys Kirby Aisner & Curley LLP, submits this Report of Sale of two commercial condominium units; the first floor unit also known as Commercial Unit 1, 1 FLR and the second floor unit also known as Commercial Unit 2, 2FLR, and the appurtenant interests thereto (the "Property") of 88 Washington Place Condominium located at 350-354 6th Avenue, New York, New York.

1. By Amended Order dated and entered December 20, 2024 (the "Sale Order"), this Court authorized and approved the sale of the Property to Manhattan Muslim Community Center Inc. (the "Purchaser") in the amount of Sixteen Million Five Hundred Thousand ($16,500,000.00) Dollars (the "Purchase Price"). *See,* Dkt. No. 112.

2. In accordance with the terms of the Sale Order, the Debtor closed on the sale of the Property on January 14, 2025 (the "Closing"). Attached hereto as **Exhibit "A"** is a breakdown of all payments made from the sale proceeds.

Dated: Scarsdale, New York
       January 22, 2025

KIRBY AISNER & CURLEY LLP
*Attorneys for George E. Shoup III, Liquidating Trustee*

By: */s/ Erica R. Aisner*
      Erica R. Aisner



**TitleVest Agency, LLC**

110 E. 42nd Street, 10th Floor • New York, NY 10017

Office Phone:(212)757-5800 Office Fax:(212)757-0466

### *Final Settlement Statement*
Amended: Tuesday Jan 14, 2025  10:29 AM

| | |
|---|---|
| **Property Address:** | 88 West Washington Place, Units 1 a/k/a 1FLR & 2 a/k/a 2FLR, New York, NY 10011 |
| **File No:** | TNY940019 |
| **Officer:** | Jeannette Ramos/jr |
| **Settlement Date:** | 01/14/2025 |
| **Disbursement Date:** | 01/14/2025 |
| **Print Date:** | 01/14/2025, 2:04 PM |
| **Buyer:** | MANHATTAN MUSLIM COMMUNITY CENTER INC. |
| **Address:** | |
| **Seller:** | GEORGE SHOUP, TRUSTEE; DCC VIGILANT, LLC |
| **Address:** | |
| **Lender:** | Stearns Bank |
| **Address:** | 4140 Thielman Lane, Suite 105, Saint Cloud, MN, 56301 |
| **Loan No.:** | |

| Buyer Charge | Buyer Credit | Charge Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| | | **Consideration:** | | |
| 16,500,000.00 | | Total Consideration | | 16,500,000.00 |
| | | | | |
| | | **Deposits in Escrow:** | | |
| | 5,700,000.00 | Receipt No. 137863176 on 01/14/2025 by MANHATTAN MUSLIM COMMUNITY CENTER INC. | | |
| | 520,000.00 | Receipt No. 137863175 on 01/13/2025 by LAKE HARRIET PARTNERS LLC2322 BLAISDELL AVE S MINNEAPOLIS MN 55404 | | |
| | 1,237,500.00 | Receipt No. 137863043 on 09/20/2024 by NEW YORK ZAKAT, INC. | | |
| | | | | |
| | | **Adjustments:** | | |
| 201,418.85 | | 1st Floor Tax Proration (1/14-6/30) | | 201,418.85 |
| 51,597.01 | | 2nd Floor Tax Proration (1/14-6/30) | | 51,597.01 |
| 7,789.92 | | 1st Business Improvement (1/14-6/30) | | 7,789.92 |
| 413.45 | | 2nd Business Improvement (1/14-6/30) | | 413.45 |
| | | | | |
| | | **Commission:** | | |
| | | Real Estate Broker Compensation to Compass | 200,000.00 | |
| | | Real Estate Broker Compensation to Hilco Real Estate, LLC | 200,000.00 | |
| | | | | |
| | | **Attorney:** | | |
| 100,000.00 | | Attorney Fee to Kelley Drye & Warren LLP | | |
| 32,347.53 | | Attorney Fee -Invoice 5112 to ZMA Legal | | |
| | | | | |
| | | **New Loan(s):** | | |
| | | Lender: Stearns Bank | | |
| | 10,000,000.00 | Loan Amount (Proj. Loan Fund $9,829,162.00) - Stearns Bank | | |
| 179,850.00 | | Inception Fee to Stearns Bank | | |
| 40.00 | | Good Standing Search to Stearns Bank | | |
| | 18,000.00 | Borrower Deposit to Stearns Bank | | |
| 5,450.00 | | Appraisal Fee to Stearns Bank | | |
| 165.00 | | UCC Lien Search/Filing to Stearns Bank | | |
| 25.00 | | Credit Report to Stearns Bank | | |
| 3,200.00 | | Environmental Report to Stearns Bank | | |
| 20.00 | | Wire Fee to Stearns Bank | | |
| 79.00 | | Property Tax Tracking to Stearns Bank | | |
| 9.00 | | Flood Cert to Stearns Bank | | |
| | | | | |
| | | **Title/Escrow Charges to:** | | |
| 40.00 | | Courier/Overnight Delivery to TitleVest Agency, LLC | | |
| 326.63 | | Bankruptcy Search (Taxable) $300.00 Sales Tax: $26.63 to TitleVest Agency, LLC | | |
| 3,266.25 | | Departmentals (Taxable) $3,000.00 Sales Tax: $266.25 to TitleVest Agency, LLC | | |
| 150.00 | | Certificate of Good Standing to TitleVest Agency, LLC | | |
| 130.65 | | OFAC / Patriot (Taxable) $120.00 Sales Tax: $10.65 to TitleVest Agency, LLC | | |
| 400.00 | | Recording Service Fee - Title to TitleVest Agency, LLC | 100.00 | |
| | | Escrow: Taxes to Pay open thru 12/31/2024 Lot 1301 to TitleVest Agency, LLC | 1,393,018.44 | |

## Final Settlement Statement
### Amended: Tuesday Jan 14, 2025  10:29 AM

**Settlement Date:** 01/14/2025  
**Print Date:** 01/14/2025  

**File No:** TNY940019  
**Officer:** Jeannette Ramos/jr

| Buyer Charge | Buyer Credit | Charge Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| | | Escrow: Taxes to Pay open thru 12/31/2024 Lot 1302 to TitleVest Agency, LLC | 345,549.01 | |
| 300.00 | | Service Fee ACRIS prep for (2) memos of lease to be rec to TitleVest Agency, LLC | | |
| 500.00 | | Title Closer (Payable Directly to Closer) to TitleVest Agency, LLC | | |
| | | Escrow Service Charge Non taxable to TitleVest Agency, LLC | 100.00 | |
| 1,000.00 | | Settlement/Disbursement Fee to TitleVest Agency, LLC | 1,000.00 | |
| 28,026.00 | | 211C Premium - Mortgage to TitleVest Agency, LLC | | |
| 52,181.00 | | 111C Premium - Fee to TitleVest Agency, LLC | | |
| 50.00 | | [443 NY] TIRSA Mortgage Tax to TitleVest Agency, LLC | | |
| 0.00 | | [Std NY] Standard New York to TitleVest Agency, LLC | | |
| 0.00 | | [499 NY] TIRSA Leasehold Loan Endorsement (ALTA 13.1) to TitleVest Agency, LLC | | |
| 50.00 | | [487 NY] TIRSA Variable Rate Endorsement (ALTA 6) to TitleVest Agency, LLC | | |
| 250.00 | | [477 NY] TIRSA Covenants, Conditions and Restrictions – Loan Policy (ALTA 9.3) to TitleVest Agency, LLC | | |
| 50.00 | | [434 NY] TIRSA EPL (8.1) New York City Only to TitleVest Agency, LLC | | |
| 50.00 | | [430 NY] TIRSA Waiver of Arbitration to TitleVest Agency, LLC | | |
| 50.00 | | [423 NY] TIRSA 4 (Condominium) to TitleVest Agency, LLC | | |
| 0.00 | | [Std NY] Standard New York to TitleVest Agency, LLC | | |
| 50.00 | | [491 NY] TIRSA Multiple Tax Parcel Endorsement (ALTA 18.2) to TitleVest Agency, LLC | | |
| 250.00 | | [476 NY] TIRSA Covenants, Conditions and Restrictions – Improved Land – Owner's Policy (ALTA 9.2) to TitleVest Agency, LLC | | |
| 250.00 | | [467 NY] TIRSA Easement – Damage or Enforcement Removal Endorsement (ALTA 28) to TitleVest Agency, LLC | | |
| 2,609.00 | | [466 NY] TIRSA Zoning Endorsement (ALTA 3) to TitleVest Agency, LLC | | |
| 50.00 | | [441 NY] TIRSA Access to TitleVest Agency, LLC | | |
| 50.00 | | [423 NY] TIRSA 4 (Condominium) to TitleVest Agency, LLC | | |
| 250.00 | | Record RP-5217 to New York City Dept. of Finance | | |
| 115.00 | | Record Deed to New York City Dept. of Finance | | |
| 548.00 | | Record Mortgage MMCC to SSB-MMCC Funding mtge to New York City Dept. of Finance | | |
| 540.00 | | Record Mortgage SB-MMCC Funding to Stearns Bank mtge to New York City Dept. of Finance | | |
| | | Record Satisfaction of Mortgage to New York City Dept. of Finance | 154.00 | |
| 150.00 | | Record Fee: Unit POA (2 lots) to Clerk of the Court | | |
| | | Record Fee: term ALR to Clerk of the Court | 150.00 | |
| 150.00 | | Record Fee: ALR + 255 to Clerk of the Court | | |
| 475.00 | | Record Fee: Memo of Master Lease to Clerk of the Court | | |
| 475.00 | | Record Fee: Memo of Finance Lease to Clerk of the Court | | |
| 280,000.00 | | Mortgage Tax Fee Mortgage to New York City Dept. of Finance | | |
| | | **Disbursements Paid:** | | |
| 11,364.34 | | Open Dues to United States Liability Insurance Company | | |
| | | Banrupcy Proceeds to DCC VIGILANT, LLC | 14,621,147.78 | |
| 8,948.37 | | Cash ( From) (X To) Buyer | | |
| | | Cash ( To) ( From) Seller | | |
| 17,475,500.00 | 17,475,500.00 | **Totals** | 16,761,219.23 | 16,761,219.23 |

*Continued From Page 2*

*Final Settlement Statement*
*Amended: Tuesday Jan 14, 2025 10:29 AM*

**Settlement Date:** 01/14/2025
**Print Date:** 01/14/2025

**File No:** TNY940019
**Officer:** Jeannette Ramos/jr

Continued From Page 2

## Settlement Statement

**Settlement Date:**
**Print Date:** 01/13/2025

**File No:** TNY940019
**Officer:** Jeannette Ramos/jr

**BUYER(S):**

MANHATTAN MUSLIM COMMUNITY CENTER INC., a New York non-profit corporation

By: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Title: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**SELLER(S):**

GEORGE SHOUP, TRUSTEE

By: _____
Name: _____
Title: _____

DCC VIGILANT, LLC

By: _____
Name: _____
Title: _____

Initials: _____  _____

Page 3 of 3

Continued From Page 2

## Settlement Statement

**Settlement Date:**
**Print Date:** 01/13/2025

**File No:** TNY940019
**Officer:** Jeannette Ramos/jr

**BUYER(S):**

MANHATTAN MUSLIM COMMUNITY CENTER INC., a New York non-profit corporation

By: _____
Name: _____
Title: _____

**SELLER(S):**

GEORGE SHOUP, TRUSTEE

By: ▮▮▮▮▮▮▮▮▮▮▮▮
Name: ▮▮▮▮▮▮▮▮▮▮
Title: ▮▮▮▮▮▮▮▮▮▮▮

DCC VIGILANT, LLC

By: _____
Name: _____
Title: _____

Initials: _____  _____

Page 3 of 3

Docusign Envelope ID: A6716E0C-C24B-4AC2-946D-596747AE0C1A

Continued From Page 2

## Settlement Statement

| | |
|---|---|
| **Settlement Date:** | **File No:** TNY940019 |
| **Print Date:** 01/13/2025 | **Officer:** Jeannette Ramos/jr |

**BUYER(S):**

MANHATTAN MUSLIM COMMUNITY CENTER INC., a New York non-profit corporation

By: _____
Name: _____
Title: _____

**SELLER(S):**

GEORGE SHOUP, TRUSTEE

By: _____
Name: _____
Title: _____

DCC VIGILANT, LLC

By: ▮▮▮▮▮
Name: ▮▮▮▮▮
Title: ▮▮▮▮▮

Initials: _____  _____

Page 3 of 3